ENTERED ON DOCKET
3/23/06

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

```
IN RE:                          *
    JOHN DAVID REED AND         *
    REGINA DEE REED a/k/a       *   CASE NO. 05-25051-REB
        GINA DEE REED           *
        GINA DEE HELTON         *
        GINA DEE RYLEE          *
        GINA DEE GREENWAY       *
                                *   CHAPTER: 13
                                *
    Debtor.                     *
```

## ORDER ON MOTION TO REIMPOSE THE AUTOMATIC STAY

This matter is before the Court via the Debtor's "Motion to Reimpose Automatic Stay ("the Motion,") which was filed in the above-styled Chapter 13 case, and requested that the initial 30 day stay be reimposed. The hearing on the Motion was originally set for January 5, 2005, at 11:30 o'clock, A.M and then reset to March 16, 2006 at 11:30 o'clock, A.M. Present were counsel for the Debtor, counsel for SunTrust Mortgage, Inc. and counsel for the Chapter 13 Trustee. No other appearances were made. Upon review of the record, argument of counsel, pleadings in this case, and for good cause shown:

**IT IS HEREBY ORDERED** that the automatic Stay of 11 U.S.C Section 362(a) shall be reimposed as to all creditors in the case, **except Suntrust Mortgage, Inc., Beneficial and Wachovia on the residence at 6048 Cobb St., Lula, GA 30554 and the 2003 Chevy TrialBlazer as the debtor is surrendering these pieces of property,** until such time as this court orders otherwise or until such stay is terminated by statute.

SO ORDERED this 21st day of Mar., 2006.

_____
THE HONORABLE ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

Presented by,

Brian Shockley
GA Bar #643752
Attorney for Debtor
CLARK & WASHINGTON, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
(404) 522-2222


**DISTRIBUTION LIST**

CLARK & WASHINGTON, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
(404) 522-2222

James H. Bone, Chapter 13 Trustee
Suite 1100
Equitable Building
100 Peachtree Street
Atlanta, GA 30303-1901

(Plus all creditors on the attached List)

**Ambulatory Anes. Consult PC**
P.O. Box 72483
Marietta, GA 30007

**Anethesia Associates**
P.O. Box 1076
Gainesville, GA 30503

**Bake Mark Great Lakes**
101 Surrey Street
Monessen, PA 15062

**Beneficial**
250 John Morrow Pkwy.
Washington Street Cmns, Ste. 117
Gainesville, GA 30501

**Beneficial Mortgage Company of Georgia**
961 Weigel Dr
Elmhurst IL 60126

**CAPITAL ONE BANK**
C/O TSYS DEBT MGMT
PO BOX 5155
NORCROSS, GA 30091

**Capital One Visa**
P.O. Box 530092
Atlanta, GA 30353

**Capital One Visa**
P.O. Box 530092
Atlanta, GA 30353

**Citifinancial**
1996 John Morrow Pkwy.
Gainesville, GA 30501

**CSA**
P.O. Box 8048
Athens, GA 30603

**Duncan & Kitchens, LLC**
P.O. Box 1330
327-D Monroe Street
Clarksville, GA 30523

**First Financial**
104 Market Centre Drive
P.O. Box 566
Cornelia, GA 30531

**GA Dept of Rev Field Svc**
Bankruptcy Section
PO Box 38143
Atlanta, GA 30334

**GA Dept of Revenue**
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321

**Gainesville Pathology**
512 Riverside Pkwy NE, Ste. 400
Rome, GA 30161

**Gainesville Radiology**
Collection Services of Athens Inc
PO Box 8048
Athens GA 30603-8048

**Gainesville Urology ASC.**
1240 Jesse Jewell Pkwy.
Gainesville, GA 30501

**Home Depot**
P.O. Box 9100
Des Moines, IA 50368

**HSI Financial**
Dept. GA 00016
P.O. Box 530102
Atlanta, GA 30353

**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114

**Internal Revenue Services**
Insolvency
Room 400 - Stop 334-D
401 West Peachtree Street NW
Atlanta, GA 30308

**Jacobs Media Corp.**
P.O. Box 10
Gainesville, GA 30503

**Mrs. Rhodes Bakery**
5917 Cobb Street
Lula, GA 30554

NGMC
P.O. Box 101054
Atlanta, GA 30392

NGMC
P.O. Box 101054
Atlanta, GA 30392

Northeast GA Diagnostic Clinic
1240 Jesse Jewell Pkwy, Ste. 500
Gainesville, GA 30501

Northeast GA Medical Center
P.O. Box 101054
Atlanta, GA 30392

Northeast GA Otolaryngology
1075 C Jesse Jewell Pkwy.
Gainesville, GA 30501

PFG Milton's
c/o Simpson Law Offices, L.L.P.
PO Box 550105
Atlanta, GA 30355-2505

PFG Miltons
c/o Simpson Law Offices
One Securities Centre, Ste. 300
3490 Piedmont Rd., NE
Atlanta, GA 30303

Piedmont Provision
P.O. Box 4189
Winston Salem, NA 27118

Regions Bank
P.O. Box 937
Gainesville, GA 30503

SunTrust Mortgage
Bankruptcy RVW 3034
PO Box 27767
Richmond, VA 23261-7767

Creditor committee **Suntrust Mortgage Inc**
PO Box 26149
Richmond, VA 23260

**The Northeast Georgian**
P.O. Box 1555
Cornelia, GA 30531

**TLC**
P.O. Box Drawer 658
Gainesville, GA 30503

**Wachovia**
P.O. Box 3000
Winterville, NC 28590

**Wachovia Bank N.A.**
Central Bankruptcy Dept VA7359
PO Box 13765
Roanoke, VA 24037-3765

**Rudeseal Furniture**
1101 S Main Street
Cornelia, GA 30531-3980

**Credigy Receivables Inc**
PO Box 2689
Suwanee GA 30024

**CSA**
P. O. Box 8048
Athens, GA 30603

**Dr. Cheri Owens**
667 Lanier Park Drive
Gainesville, GA 30501-2059

**Kandy Kane Daycare**
1323 441 Historic Hwy., N.
Clarkesville, GA 30523-6305

**Suntrust Mortgage Inc**
PO Box 26149
Richmond, VA 23260